**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**PORTIA B. ISHEE** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 2:13-cv-00234-KS-MTP**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION (A/K/A "FANNIE MAE") and GREEN TREE SERVICING LLC** **DEFENDANTS**

**DEFENDANTS' DESIGNATION OF EXPERTS**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), the Defendants, GREEN TREE SERVICING LLC ("Green Tree") and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae") (collectively the "Defendants"), hereby identify and designate the following expert witnesses, who may be used in the defense of this litigation, and to testify regarding the matters set forth in the experts' reports at trial or for any permitted purposes, including presenting evidence under Federal Rules of Evidence 702, 703 or 705.

1. H. Kenneth Lefoldt, Jr., CPA
Lefoldt & Co., P.A.
690 Towne Center Boulevard
Ridgeland, Mississippi 39158

Mr. Lefoldt's curriculum vitae is included in his expert report, a copy of which is being furnished to counsel for all parties simultaneously herewith. Mr. Lefoldt received his Bachelor of Business Administration in accounting from the University of Notre Dame in 1968, and his Masters of Business Administration from Loyola University in 1976. His experience is set out in his curriculum vitae, Exhibit A to his expert report. He is head of Lefoldt & Co.'s litigation services and consulting practice, and has been designated and testified as an expert witness in numerous cases. A list of those cases in which he has acted as an expert witness in the last four

EXHIBIT B

years is attached to his expert report. Additionally, a list of all cases in which Mr. Lefoldt has testified as an expert witness at trial or by deposition during the previous four years and a list of any publications authored by him in the previous ten years is also included in his expert report.

The Defendants designate Mr. Lefoldt as an expert witness to testify in the specific areas designated in his expert report, which is incorporated herein in its entirety by reference.

Mr. Lefoldt's opinions are set out in detail in his expert report. Mr. Lefoldt is expected to give opinion testimony on the matters set forth in detail in his expert report, and to express the opinions contained in his expert report.

Mr. Lefoldt and his firm are being paid on a per hour basis at the rate specified in his expert report, plus out-of-pocket expenses.

2. Gregory A. Gordon, MD
Assistant Professor, Director of Medical Psychiatry Outpatient Services
University of Mississippi Medical Center
Department of Psychiatry and Human Behavior
2500 North State Street
Jackson, Mississippi 39216

Dr. Gordon's curriculum vitae is included in his expert report, a copy of which is being furnished to counsel for all of the parties simultaneously herewith.

The Defendants designate Dr. Gordon as an expert witness to testify in the specific areas designated in his expert report, which is incorporated herein in its entirety by reference.

Dr. Gordon's opinions are set out in detail in his expert report. Dr. Gordon is expected to give opinion testimony on the matters set forth in detail in his expert report, and to express the opinions contained in his expert report.

Dr. Gordon is being paid on a per hour basis at the rate specified in his expert report, plus out-of-pocket expenses. A list of those cases in which Dr. Gordon has testified as an expert

witness at trial or by depositions in the last four years, along with a statement that he has authored no publications in the previous ten years are both included in his expert report.

The Defendants reserve the right to utilize any expert listed by the Plaintiff, and further reserves the right to supplement this designation and the reports of any of the experts listed herein. The Defendants further reserve the right to furnish Dr. Gordon with additional medical records for medical providers who rendered medical services to the Plaintiff upon receipt of such additional medical records and with other documents produced by the Plaintiff or others in this litigation as necessary to permit Dr. Gordon to determine which of the two scenarios he discusses in his report is more accurate.

In accordance with the provisions of the Federal Rules of Civil Procedure, the complete expert reports of Mr. Lefoldt and Dr. Gordon, including all exhibits, have been furnished to counsel for all interested parties simultaneously herewith.

THIS, the 8th day of July, 2014.

Respectfully submitted,

**GREEN TREE SERVICING LLC and FEDERAL NATIONAL MORTGAGE ASSOCIATION**
Defendants

By: ______________________________
John T. Rouse
One of Its Attorneys

**OF COUNSEL:**

H. Hunter Twiford, III (MSB # 8162)
John T. Rouse (MSB # 101586)
McGLINCHEY STAFFORD, PLLC
City Center South, Suite 1100
200 S. Lamar Street (Zip 39201)
Post Office Drawer 22949
Jackson, Mississippi 39225-2949
Telephone: (769) 524-2300
Facsimile: (769) 524-2331
Email: htwiford@mcglinchey.com; jrouse@mcglinchey.com

## CERTIFICATE OF SERVICE

I, the undersigned John T. Rouse, McGlinchey Stafford PLLC, do hereby certify that I have this day served, via email and via United States Mail, postage prepaid, a true and correct copy of the foregoing document to the following:

Samuel S. McHard
P. Manion Anderson
McHard & Associates, PLLC
15 Milbranch Road
Hattiesburg, Mississippi 39402
Email: smchard@mchardlaw.com; manderson@mchardlaw.com

THIS, the 8th day of July, 2014.

JOHN T. ROUSE

286225.2