**THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER**
**2500 North State Street**
**JACKSON, MISSISSIPPI 39216-4505**

**Gregory Gordon, M.D.**
**Assistant Professor**
**Department of Psychiatry**
**and Human Behavior**

**OFFICE: (601) 984-6925**
**FAX: (601) 984-6931**

John T. Rouse, Esq.
Suite 1100, City Centre South
200 South Lamar Street
P.O. Box 22949
Jackson, MS 39225-2949

July 7, 2014

Re: Portia Ishee v Federal National Mortgage Association and Green Tree Servicing
Civil Action NO. 2:13-cv-00234-KS-MTP

I would like to thank you for the opportunity to assist in this case. It was an honor to have this opportunity. I am requesting payment for my professional services provided in this case.

The University of Mississippi Medical Center and the Department of Psychiatry have changed the handling of Independent Medical Exams. The original deposit of $1,000 is still to be paid to the University of Mississippi Medical Center but any additional fees billed are to be paid directly to the physician. I will enclose a w-9 form for tax purposes for the additional fees paid directly to me. The total of $4,700.00 is due for 9.4 hours of direct services at an hourly rate of $500/hr. A deposit of $1,000 was provided as required by the University of Mississippi Medical Center. The remaining $3,700 is all that is due at this time.

Please make check payable to:
Gregory Gordon MD
122 Shenandoah Estates Circle
Brandon, MS 39047

Please feel free to contact my office if there are specific questions. I would be honored to assist in the future. Thank you for your time. Please find a copy of my report.

Sincerely,

Gregory Gordon MD